

MAR 0 2 2015
CIRCUIT CLERK PRAIRIE CO. SO. DISTRICT

IN THE CIRCUIT COURT OF PRAIRIE COUNTY, ARKANSAS
SOUTHERN DISTRICT
CIVIL DIVISION

JAMES HIGH, MARTHA HIGH, STEVE HELTON and MICHELLE HELTON — PLAINTIFFS

VS. CV-2015-010

KARAN DADWAL, 1445913 ONTARIO INC, d/b/a HGC, JOHN DOE 1, JOHN DOE 2 and JOHN DOE 3 — DEFENDANTS

## COMPLAINT

COME NOW Plaintiffs James High, Martha High, Steve Helton and Michelle Helton by and through their attorneys, McDaniel Law Firm, PLC, and for their Complaint against Defendants Karan Dadwal, 1445913 Ontario INC, d/b/a HGC, (hereinafter referred to as "HGC"), John Doe 1, John Doe 2 and John Doe 3, and state as follows:

1. That at the time of the occurrence referred to herein, Plaintiff, James High, was a resident of Pocahontas, Hardeman County, Tennessee.

2. That at the time of the occurrence referred to herein, Plaintiff, Steve Helton, was a resident of Munford, Tipton County, Tennessee.

3. That at the time of the occurrence referred to herein, Defendant Karan Dadwal, was a resident of Brampton, Ontario, Canada.

4. That, in the alternative, the name of an unknown tortfeasor, individual

McDANIEL
LAW FIRM, PLC
...0 South Main
...sboro, AR 72401
(870) 336-4747
Fax (870) 932-0919

EXHIBIT
1

person or entity, shall be designated by the pseudo-name John Doe. Thus, in this case, John Doe 1-3, in the alternative, is the official name of any individual person Defendant or entity with which any individual person Defendant may be associated. Furthermore, if there is more than one (1) such unknown tortfeasor person or entity, the use of additional John Does is also appropriate.

5. That upon determining the identity of any current unknown tortfeasor person or entity, Plaintiffs will amend the Complaint by substituting the real name for the pseudo-name.

6. That Plaintiffs have attached hereto the Affidavit of Plaintiffs' attorney that the identity of the tortfeasor(s) is unknown pursuant to Ark. Code Ann. §16-56-125.

7. That the collision out of which this cause of action arises occurred in Prairie County, Arkansas, 7.57 miles east of the city of Hazen, Arkansas.

8. That this Court has jurisdiction over this cause and the parties hereto and that venue of this action is properly placed with this Court.

9. That Defendant HGC, is an interstate motor carrier corporation based out of Caledon, Ontario, Canada, that is in good standing with the Federal Motor Carrier Safety Administration (FMCSA) and the Department of Transportation (DOT). HGC is licensed to operate in the United States of America with a registered DOT number of 1386338.

10. That on or about March 4, 2012, at approximately 2:29 PM, Plaintiff James High was travelling east bound on Interstate 40 in a construction zone, in his

ᴍcDANIEL
.W FIRM, PLC
)0 South Main
ˢsboro, AR 72401
870) 336-4747
‹ (870) 932-0919

work tractor trailer, owned by Graham Trucking L.L.C., at the time of the collision referred to herein. Plaintiff, Steve Helton, was in the sleeper cab of the vehicle operated by James High at the time of the collision.

11. That on or about March 4, 2012, at approximately 2:29 PM, Defendant Karan Dadwal, was traveling east bound on Interstate 40 in the construction zone, in his work tractor trailer, owned by Defendant, HGC, at the time of the collision referred to herein.

12. That Plaintiff, James High, was stopped in traffic at the time of the collision.

13. That Defendant, Karan Dadwal, was following behind Plaintiffs at a high rate of speed, and failed to stop his vehicle in time, sliding approximately 163 feet before rear-ending Plaintiffs. After the impact, both vehicles came to a rest in the traffic lane.

14. That Defendant, Karan Dadwal, was negligent in the operation of his vehicle, which was the proximate cause of the occurrence and damages to Plaintiffs James High and Steve Helton, in the following particulars, including, but not limited to:

a. He failed to operate his vehicle at a reasonable speed for the circumstances then and there existing;

b. He failed to maintain a proper lookout under the circumstances then and there existing;

c. He failed to maintain proper control of his vehicle for the circumstances then and there existing;

McDANIEL
LAW FIRM, PLC
00 South Main
ESBORO, AR 72401
(870) 336-4747
x (870) 932-0919

d. He negligently followed Plaintiffs' vehicle too closely;

e. He failed to operate his vehicle in a safe and reasonable manner under the circumstances then and there existing.

15. That the negligence of Defendant, Karan Dadwal, was the proximate cause of the damages suffered by Plaintiffs.

16. That Defendant Karan Dawal, was the agent, servant and/or employee of Defendant, HGC, at the time of the occurrence referred to herein.

17. That Defendant, Karan Dadwal, was within the course and scope of his agency and/or employment with Defendant, HGC, at the time of the occurrence referred to herein and his negligence is imputed to them.

18. That Plaintiff, James High, as a proximate result of the negligence of Defendant, Karan Dadwal, sustained injuries to his person, including, but not limited to his neck, back, left shoulder and left leg.

19. That Plaintiff, Steve Helton, as a proximate result of the negligence of Defendant, Karan Dadwal, sustained injuries to his person, including, but not limited to his neck, back, right shoulder and right elbow.

20. That Defendants James High and Martha High were married at the time of the collision.

21. That as a proximate result of Defendants' negligence, Plaintiff Martha High, has lost society, services and companionship of her husband, James High, and should be compensated in an amount to be set by a jury.

lcDANIEL
W FIRM, PLC
0 SOUTH MAIN
BORO, AR 72401
70) 336-4747
(870) 932-0919

22. That Defendants Steve Helton and Michelle Helton were married at the time of the collision.

23. That as a proximate result of Defendants' negligence, Plaintiff Michelle Helton, has lost society, services and companionship of her husband, Steve Helton, and should be compensated in an amount to be set by a jury.

24. That Plaintiff James High, as a proximate result of the negligence of Defendant Karan Dadwal, has expended or been required to expend certain sums of money for medical care and treatment in the past and will be required to expend or be obligated to expend certain sums of money for medical care and treatment in the future; he has experienced pain, suffering, discomfort and mental anguish in the past and will experience pain, suffering, discomfort and mental anguish in the future; he has physical injuries and symptoms that are ongoing and permanent in nature; he has lost earnings and earnings capacity in the past and will lose earnings and earnings capacity in the future; and, for all of which he should have and recover judgment from and against Defendants in an amount in excess of the minimum amount required for federal court diversity jurisdiction.

25. That Plaintiff Steve Helton, as a proximate result of the negligence of Defendant Karan Dadwal, has expended or been required to expend certain sums of money for medical care and treatment in the past and will be required to expend or be obligated to expend certain sums of money for medical care and treatment in the future; he has experienced pain, suffering, discomfort and mental anguish in the past and will

1cDANIEL
W FIRM, PLC
0 SOUTH MAIN
SBORO, AR 72401
370) 336-4747
(870) 932-0919

experience pain, suffering, discomfort and mental anguish in the future; he has physical injuries and symptoms that are ongoing and permanent in nature; he has lost earnings and earnings capacity in the past and will lose earnings and earnings capacity in the future; and, for all of which he should have and recover judgment from and against Defendants in an amount in excess of the minimum amount required for federal court diversity jurisdiction.

26. That Plaintiffs were guilty of no contributory negligence or comparative fault in causing their own injuries and damages.

27. That Plaintiffs reserve the right to amend and plead further in this action.

28. That Plaintiffs pray for a jury trial in this cause.

WHEREFORE, Plaintiffs pray that they have judgment from and against Defendants in an amount in excess of that required for the minimum amount necessary for federal court diversity jurisdiction, for their costs, and all other relief to which they may be entitled.

Respectfully submitted,

**McDANIEL LAW FIRM, PLC**
Attorneys at Law
400 South Main
Jonesboro, AR 72401
Ph: (870) 336-4747
Fax: (870) 932-0919
Email: bobby@mcdaniellawyers.com

By: ____________________
Bobby McDaniel/Arkansas Bar #72083

McDANIEL
W FIRM, PLC
10 South Main
sboro, AR 72401
870) 336-4747
(870) 932-0919

FILED 3:30 PM O'CLOCK
MAR 02 2015
CIRCUIT AND COUNTY CLERK

IN THE CIRCUIT COURT OF PRAIRIE COUNTY, ARKANSAS
CIVIL DIVISION

JAMES HIGH, MARTHA HIGH, STEVE HELTON and MICHELLE HELTON — PLAINTIFFS

V. CV-2015-010

KARAN DADWAL, 1445913 ONTARIO INC, d/b/a HGC, JOHN DOE 1, JOHN DOE 2 and JOHN DOE 3 — DEFENDANTS

**AFFIDAVIT**

I, Bobby McDaniel, attorney for James High, Martha High, Steve Helton and Michelle Helton, pursuant to Ark. Code Ann § 16-56-125, state that the correct name and identity of the tortfeasor person(s), corporation(s) and entity(ies) are unknown. All due diligent efforts have been made to properly identify the name and identity of the unknown tortfeasor person(s), corporation(s) and entity(ies). If the name and identity of the unknown tortfeasor person(s), corporation(s) and entity(ies) is not one of the specifically named Defendants as contained in this Complaint, the use of the pseudo-name John and/or Jane Doe as the Defendant is appropriate for the purpose of tolling the statute of limitations for these Plaintiffs against these unknown Defendants. Furthermore, if there is more than one (1) such unknown tortfeasor, the use of John and/or Jane Doe 1, John and/or Jane Doe 2, John and/or Jane Doe 3, etc. is also appropriate as set out in the Complaint.

McDANIEL
LAW FIRM, PLC
0 South Main
...boro, AR 72401
(870) 336-4747
(870) 932-0919

Bobby McDaniel
Arkansas Bar #72083

State of Arkansas

County of Craighead

Subscribed and sworn to before me on this 26th day of February, 2015.




My Commission Expires

Amanda Porbeck
Notary Public

lcDANIEL
N FIRM, PLC
) South Main
boro, AR 72401
70) 336-4747
(870) 932-0919